THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v UNIQUE DIVINE, Appellant.

Submitted December 19, 2005; decided January 10, 2006

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 45 West 45th Street, 7th Floor, New York, NY 10036 assigned as counsel to the appellant on the appeal herein.

Judge READ taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WINSTON NICHOLSON, Appellant.

Submitted December 19, 2005; decided January 10, 2006

Motion by Honorable Richard A. Brown, Queens County District Attorney, for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within seven days.

Judge READ taking no part.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v STEPHEN M. PACER, Respondent.

Submitted December 19, 2005; decided January 10, 2006

Motion by New York State Association of Criminal Defense Lawyers et al. for leave to file a brief amici curiae on the appeal herein granted and the proposed brief is accepted as filed.

Judge READ taking no part.